UNITED STATED DISTRICT COURT
DISTRICT OF NEW JERSEY
MINUTES OF PROCEEDINGS

**OFFICE CAMDEN:**

**JUDGE RENÉE MARIE BUMB**

**COURT REPORTER: JOHN J. KURZ**

**DATE OF PROCEEDINGS**

May 5, 2022

Docket # CR. 14-00583-001(RMB)

**TITLE OF CASE:**
**UNITED STATES OF AMERICA**
          v.
**LAVINSTON LAMAR**
               **DEFENDANT PRESENT**

APPEARANCES:
Jeffrey Bender, AUSA, for Government
Robert N. Agre, Esquire for Defendant
Kyle Williams, Probation Officer

**NATURE OF PROCEEDINGS: FINAL HEARING ON A FOUR VIOLATION PETITION OF SUPERVISED RELEASE**

Ordered defendant sworn; defendant sworn

**PLEA:** Guilty to Violation One of the Petition.

**SENTENCING:**

Ordered sentencing set for Tuesday, September 6, 2022 at 10:00a.m.
Ordered defendant remanded to the custody of the U. S. Marshal.

Time commenced: 10:35a.m.                     Time Adjourned: 11:00a.m.

                                              Total Time: 25 Minutes

                                              s/*Arthur Roney*
                                              DEPUTY CLERK